FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOE HAND PROMOTIONS, INC.,

                Plaintiff,

-against-

RODICAL IANCULOVIC, *Individually, and as officer, director, shareholder and/or principal of* OPEN EYES ADVERTISING, INC., *doing business as* Café Via Veneto, *also known as* Café Via Venetto, *also known as* Caffe Via Veneto, and OPEN EYES ADVERTISING, INC.,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
03-CV- 5341 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on August 9, 2005, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated June 28, 2005; and directing the Clerk of Court to enter default judgment against defendants, jointly and severally, in the amount of $3,500.00, inclusive of basic and enhanced statutory damages, and costs of $442.50, for a total award of of $3,942.50; and ordering that this amount accrue interest at the rate of nine percent from February 22, 2003 to the entry of judgment, and, thereafter, that the judgment accrue interest at the rate provided by the law until paid; it is

JUDGMENT
03-CV- 5341 (JG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; and that judgment is hereby entered in favor of plaintiff, Joe Hand Promotions, Inc., and against defendants, Rodica Ianculovic, *Individually, and as officer, director, shareholder and/or principal of* Open Eyes Advertising, Inc., *doing business as* Café Via Veneto, *also known as* Café Via Venetto, *also known as* Caffe Via Veneto, and Open Eyes Advertising, Inc., in the amount of $3,500.00, inclusive of basic and enhanced statutory damages, and costs of $442.50, for a total award of $3,942.50; and that this amount accrue interest at the rate of nine percent from February 22, 2003 to the entry of judgment, and thereafter, that the judgment accrue interest at the rate provided by the law until paid.

Dated: Brooklyn, New York
August 11, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court